

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CLYDE DENNIS GLENN | CIVIL ACTION NO. 05-2237-A |
| VS. | SECTION P |
| WARDEN, AVOYELLES CORRECTIONS | JUDGE DRELL |
| CENTER | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of *habeas corpus* be **TRANSFERRED** to the **UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION.**

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 30th day of August, 2006.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**